**In re Daniel J. CONNOLLY, Esq.**

[523 A.2d 887]

No. 86-550

January 20, 1987. Daniel J. Connolly having been disbarred by the Supreme Court of New Hampshire, it is hereby ordered that Daniel J. Connolly is removed from the office of attorney and counsellor at law and his name is stricken from the rolls. A.O. 9, § 15; *Connolly's Case*, 127 N.H. 786, 508 A.2d 1054 (1986).